Filing # 124962442 E-Filed 04/15/2021 09:18:11 AM

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

CASE NO.:

SFR SERVICES LLC
(a/a/o Paul Malonson and
Laraliz Malonson),

        Plaintiff,

vs.

NATIONAL SPECIALTY
INSURANCE COMPANY,

    Defendant.

---

## COMPLAINT

---

Plaintiff, SFR SERVICES LLC, by and through undersigned counsel, sues the Defendant, NATIONAL SPECIALTY INSURANCE COMPANY (hereinafter "Defendant"), and alleges:

1. This is an action for damages in excess of $30,000.00, exclusive of court costs, attorney's fees, and interest, and therefore within the jurisdiction of this Court.

2. At all material times, Plaintiff, SFR SERVICES LLC, (hereinafter "Plaintiff"), is or was a corporation organized and existing under the laws of the State of Florida with its principal place of business in  County, Florida, and does business in  County, Florida. Plaintiff is an assignee of Paul Malonson and Laraliz Malonson (hereinafter the "Assignors").

3. At all material times, Defendant is a Florida company fully licensed to transact insurance in the State of Florida and maintains agents and/or other representatives for the transaction of its customary business in Collier County, Florida.

4. At all material times, Defendant issued a policy of insurance which inured to the benefit of the Assignors identified as policy number VUW-HO-517833 (hereinafter the

"Policy"). The Policy provided property insurance for the Assignors' residential property located at 5981 Hammock Isles Cir., Naples, FL 34119 (hereinafter the "Property"). A complete copy of the Policy is presently unavailable to the Plaintiff, but should be in the possession of the Defendant herein and will be obtained through discovery.

5.    On or about September 10, 2017, the Assignors suffered substantial damages to the Property caused by Hurricane Irma.

6.    Assignors hired Plaintiff to perform services related to repair of the Property in connection with the subject loss.

7.    The Policy was in full force and effect on the date of the subject loss.

8.    The Policy provides insurance coverage for all of the losses, damages and expenses that Assignors have suffered and incurred with regard to the subject loss.

9.    Assignors have either actually or equitably assigned the insurance benefits which Assignors are entitled to under the Policy to Plaintiff, by writing, parol, or other course of conduct.   Hence, the Plaintiff now stands in the position of Assignors.   Plaintiff's Assignment of Benefits is attached as Exhibit A.

10.    Defendant was provided with prompt and timely notice of Plaintiff's claim under the Policy, and was promptly and timely provided with documentation of Plaintiff's assignment of benefits, estimate, and a written notice of intent to initiate litigation.

11.    Defendant acknowledged Plaintiff's claim and assigned claim number 30178628288-0001.

12.    All terms and conditions of the Policy and all conditions precedent to the bringing of the instant action have been performed, waived or excused.

13.    To date, the Defendant has breached the Policy by failing to afford coverage to the loss and by failing to pay Plaintiff all assigned proceeds due and owing under the Policy.

14.     Because of Defendant's breach of contract it has become necessary for the Plaintiff to retain the services of the undersigned attorney, and has agreed to pay a reasonable fee for said services, plus necessary costs.

15.     Pursuant to Chapter 627.428, Florida Statutes, Plaintiff is entitled to recover its attorney's fees.

16.     Pursuant to Chapter 627.7152, Florida Statutes, Plaintiff is entitled to recover its attorney's fees.

WHEREFORE, Plaintiff, SFR SERVICES LLC, demands that judgment be entered against the Defendant, for damages of all covered losses, interest on any and all overdue payments, attorney's fees, costs, and any other remedy the court deems necessary and proper and demands trial by jury of all issues triable as of right by a jury.

**ARNESEN WEBB, PLLC**
Attorneys for Plaintiff
197 South Federal Highway, Ste 300
Boca Raton, FL  33432
Telephone:    (561)-757-6000
Facsimile:     (877)-241-2411
paris@insurancelawyers.org
eservice@insurancelawyers.org

By____ /s/ Paris R. Webb_____
**PARIS R. WEBB**
Florida Bar No.: 713074



**ECC Estimating <estimating@elite-claims.com>**

---

## 30178628288-0001
1 message

---

**Kimberly Nicolalde** <knicolalde@eliteclaimsconsulting.com>                    Wed, May 27, 2020 at 9:22 AM
To: Estimating - Elite Claims <estimating@eliteclaimsconsulting.com>, claimdocuments@velocityrisk.com

To Whom It May Concern:

We are the Public Adjuster for our client, SFR Services A/A/O Paul Malonson

FOR SCHEDULING SITE INSPECTIONS PLEASE CONTACT: Tyler Sylvia at 239-470-3137

Please direct all other communications regarding this claim to Elite Claims Consultants, LLC.

Property Address:
 5981 Hammock Isles Cir
Naples, FL 34119

Attached is -
1. Letter of Representation from Elite Claims Consultants, LLC.
2. Executed Assignment of Insurance Benefits contract between Paul Malonson and SFR Services
3. Notice of Deadline.
4. Signed W9 for Elite Claims Consultants and SFR Services.
5. Brochure from the Florida Department of Financial Services (regarding AOB contracts).
6. Insurer's duties under Section 627.7013(5)(a), Fla Statute.
7. Written, itemized, per-unit cost estimate of the services to be performed.

Please email:
- A copy of the declarations page for the date of loss.
- The most recent estimate for damages at the property.
-The deductible amount per the policy.

The attached estimate is based upon the information known to us at the time the AOB was executed.

While we try to be thorough, there will always be situations in which information that would impact the estimate is not immediately available to us, and as we learn more about the loss, we will update the estimate accordingly. If you believe we have overlooked any aspect of the loss, we would appreciate if you would share that with us.

We appreciate your assistance and look forward to working with you!

**Please note**: Video and audio recordings of inspections are permitted, and SFR may, at its option, take such recordings. See, e.g., <u>State Farm v. Chirino</u>, 2020 WL 1540959, at *1 (Fla. 3d DCA 2020) (insured or third-party authorized by insured may take audio and video recording of carrier's appraisal inspection of insured property).

--
*- Kimberly Nicolalde*
*Estimator*

**Elite Claims Consultants LLC**
**21301 S Tamiami Trail Suite 320 #195**
**Estero, FL 33928**

EXHIBIT A

P: (239) 970-4094 x711
F: (239)-567-5277
E: knicolalde@eliteclaimsconsulting.com









**4 attachments**

Malonson LOR.pdf
189K

10 -Treasury Memorandum 3-22-2020.pdf
780K

0 -NOTICE OF DEADLINE.pdf
665K

Malonson AOB Package.pdf
4745K

# SFR

**SOUTHERN FLORIDA RESTORATION**

THE FOLLOWING TERMS ON BOTH SIDES ARE AGREED TO BY THE
CUSTOMER & SFR SERVICES LLC (CGC#1528824 & CCC#1332477)
MUST BE SIGNED BY ALL POLICYHOLDERS

Accepted by: _Paul J. Malonson_    Printed Name: _____    Date: _____

Accepted by: _Phil Mar_    Printed Name: _Paul J. Malonson_    Date: _5/22/20_

Street/City/ST/ZIP: _5981 Hammock Isles Cir, Naples FL 34119_

Phone (home): _239-860-1302_ (cell): _same_    Mortgage: _Lake Michigan Credit Union_

Adjuster Info: _Jacqueline McCoy, CNC Catastrophe Sedgewick_    Insurance: _Velocity Risk_    Claim: _#3017862828-0001_

Questions can be directed to your SFR representative (Signature/Phone): _____ (239) 470-3137

I, the owner of the above property, authorize SFR Services, to enter my property and provide all services and furnish all materials necessary to preserve and protect my property from further damage. Additionally, in consideration for these repairs and SFR Services' promise to provide all work approved or paid for by my insurance company, I agree to assign my insurance benefits to SFR Services, subject to the terms and conditions in this contract. This Assignment of Benefits is effective on the date last signed ("Effective Date"), between the undersigned customer(s) ("Customer") and SFR Services, LLC ("Company") (collectively, "Parties"), subject to the terms and conditions herein.

**AUTHORIZATION/ACCESS:** Customer authorizes Company to enter property described herein ("Property"), furnish materials, supply all equipment, and perform all labor necessary to preserve and protect the Property. Customer hereby assigns Customer's insurance claim ("Claim") to Company in consideration for Company completing the scope of work approved or otherwise paid for by Customer's insurance company ("Carrier") under Customer's insurance policy(ies) covering the Property ("Policy"). Customer is responsible for any interruption of the Services (and any related damages or claims) caused by Customer's failure or refusal to provide such access. Customer shall, within 30 days of the Carrier approving or otherwise paying for the Claim, select the specific materials and colors to be provided by Company, as limited by the Carrier's payment and/or approval of same.

**ASSIGNMENT OF BENEFITS:** Customer assigns all insurance rights, benefits, proceeds, claims, causes of action, and supplementary claims under all applicable insurance policies (collectively, "Benefits") to Company for the Services rendered or to be rendered by Company. Company will provide all labor and materials for the scope of work approved by or paid for by Carrier (collectively, "Services"). Company shall commence provision of the Services within 36 months of the Effective Date ("Commencement Date"). Customer directs Carrier to release all information requested by Company, its representatives, and Company's attorney for to obtain the Benefits from Carrier. Customer hereby authorizes and unequivocally directs Carrier to deliver any and all payments related to the Claim solely to Company; and any and all check(s) to be made payable jointly to the Parties. Company must provide a copy of this Agreement to the Carrier within 3 business days after the date this Agreement is executed or the date on which work begins, whichever is earlier.

**PAYMENT:** Customer's only out-of-pocket obligations are Customer's deductible, any betterment ordered and performed approved by Customer, and any contracted work performed before this Agreement's rescission (collectively, "Customer's Obligations"). Payment terms are net-30 days to Company after Customer receives a check. Without limiting Company's rights herein, Customer agrees to pay or disburse money received from the Carrier or schedule mortgage inspections in accordance with the percentage of Company's work completed at the Property, and Company may stop work if Customer does not schedule inspections or pay or disburse such monies within 7 days of receiving such request. Customer shall pay all of Company's attorney's fees and costs incurred by Company in connection with collecting any amounts due which are related to Customer's Obligations. Company is hereby appointed as Limited Power of Attorney for the sole purpose of giving Company the power to endorse and deposit in its account any Insurance or mortgage company check received as payment for authorized services which has both the Customer(s) and Company as payees. The power of attorney coupled with an interest is given as security for payment of services rendered by Company.

**WARRANTY:** Contingent upon full and timely payment of all amounts due, Company warrants all workmanship covered by this Agreement for two years from the earlier of (i) the date Company ceases work on the Property, or (ii) the date Company's building permit is closed (either, the "Termination Date"). To make a warranty claim, Customer must file a warranty claim directly with Company within 7 days of the cause of the claim. Company shall not be responsible for any repairs caused by or made more costly by Customer's failure to provide prompt notice of same. Upon receipt of warranty claim, Company shall be entitled, but not required, to inspect the Property (which inspection may take up to 10 business days) and otherwise investigate the warranty claim. Customer shall fully cooperate with such investigation, including without limitation, providing all requested documents, giving oral and written statements, and allowing

2336 SE Ocean Blvd #279, Stuart FL 34996    •    PHONE: 239-312-3127    •    FAX: 1-866-325-1945

inspection of the Property. All warranty work must be completed by Company or third parties authorized by Company. Any work performed without Company's authorization nullifies all warranty claims related to such work.

**LIMITATION:** Company is not responsible for damage caused by the acts or omissions of other parties, trades, or contractors, lightning, winds of 50+ mph, hail storms, hurricanes, tornadoes, floods, earthquakes, or other unusual phenomena of the elements; structural settlement; failure, movement, cracking or excess deflection of the roof deck; defects or failure of materials used as a roof substrate over which Company's roofing material is applied; faulty condition of parapet walls, copings, chimneys, skylights, vents, supports, or other parts of the Property; vapor condensation beneath the roof; penetrations for pitch boxes; erosion, cracking and porosity of mortar and brick; dry rot; stoppage of roof drains and gutters; penetrations of the roof from beneath by rising fasteners of any type; inadequate drainage, slope or other conditions beyond Company's control which cause ponding or standing water; any events that would be insured against in the Policy; termites or other insects, rodents, or other animals; or fire. If Customer's roof fails to maintain a watertight condition because of damage by reason of any of the foregoing, Company's warranty shall immediately become null and void unless such damage is repaired by Company, as recommended by Company, at Customer's expense. Company shall not be responsible for any damage resulting from vibrations, including without limitation interior drywall damage, nail pops, or disconnection of chimneys, flues, air ducts, ventilation shafts, exhaust vents, furnace vents, or sewer vents. Company is not responsible for damage arising from delay due to inclement weather, strikes, fires, accidents, delays in shipments or delivery of materials, or any causes beyond Company's control. Customer agrees that Company does not warrant workmanship or materials not provided by Company and is not responsible for latent defects in materials, nor for rework required as a result of the acts of others.

**PERSONAL PROPERTY:** Company shall not be responsible for protection of the Property, except to provide that protection which is specifically called for under the specifications provided by this Agreement. Customer shall remove, store and protect Customer's personal property during Company's work. All work shall be completed in a workmanlike manner, according to standard industry practices. The Services are subject to change upon discovery of hidden defects.

**MISC:** Company agrees to indemnify and hold harmless Customer from all liabilities, damages, losses, and costs, including, but not limited to, attorney fees, should the Policy subject to this Agreement prohibit, in whole or in part, the assignment of benefits. Customer hereby indemnifies and holds Company harmless for all harm related to or caused by Customer's failure or refusal to allow Company to provide Company's recommended services or to follow Company's recommended procedures. If any portion hereof is held to be invalid or unenforceable by a court of competent jurisdiction, the Parties agree that such term shall be reformed as necessary to make such term valid and enforceable while adhering as closely as possible to the original term and further agree that the remaining terms hereof shall remain in full force and effect. The Parties further waive the right to claim that they were induced to enter into this Agreement by anything except the terms hereof. This is the entire agreement between the Parties and supersedes all prior agreements, understandings, negotiations, and discussions, whether oral or written, of the Parties. Company is hereby appointed as Limited Power of Attorney for the purpose of giving Company the power to hire an attorney, public adjuster, or other entities deemed necessary in the resolution of the entire claim. You have the right to cancel this agreement without penalty or fee within 14 days after the date this agreement is executed, at least 30 days after the date work on the property is scheduled to commence if the assignee has not substantially performed, or at least 30 days after the execution of the agreement if the agreement does not contain a commencement date and the assignee has not begun substantial work on the property.

## YOU ARE AGREEING TO GIVE UP CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY TO A THIRD PARTY, WHICH MAY RESULT IN LITIGATION AGAINST YOUR INSURER. PLEASE READ AND UNDERSTAND BOTH SIDES OF THIS DOCUMENT BEFORE SIGNING IT. YOU HAVE THE RIGHT TO CANCEL THIS AGREEMENT WITHOUT PENALTY WITHIN 14 DAYS AFTER THE DATE THIS AGREEMENT IS EXECUTED, AT LEAST 30 DAYS AFTER THE DATE WORK ON THE PROPERTY IS SCHEDULED TO COMMENCE IF THE ASSIGNEE HAS NOT SUBSTANTIALLY PERFORMED, OR AT LEAST 30 DAYS AFTER THE EXECUTION OF THE AGREEMENT IF THE AGREEMENT DOES NOT CONTAIN A COMMENCEMENT DATE AND THE ASSIGNEE HAS NOT BEGUN SUBSTANTIAL WORK ON THE PROPERTY. HOWEVER, YOU ARE OBLIGATED FOR PAYMENT OF ANY CONTRACTED WORK PERFORMED BEFORE THE AGREEMENT IS RESCINDED. THIS AGREEMENT DOES NOT CHANGE YOUR OBLIGATION TO PERFORM THE DUTIES REQUIRED UNDER YOUR PROPERTY INSURANCE POLICY.

## AOB



# ASSIGNMENT OF BENEFITS

## What is an Assignment of Benefits (AOB)?

An AOB is an agreement that, once signed, transfers the insurance claims rights or benefits of the policy to a third-party.

An AOB gives the third-party authority to file a claim, make repair decisions, and collect insurance payments without the involvement of the homeowner.

AOBs have been used with life and health insurance policies for many years. However, it is now also being commonly used in homeowners' insurance claims by restoration companies and contractors.

**Signing an AOB can be helpful with navigating the claims process, but if misused, it can lead to harmful consequences for the homeowner.**

## What indicators can I look for to determine if I am signing an AOB?

- You are asked to sign over your benefits in order to start the repair process.

- The document includes language that is similar to a power of attorney for the handling of the claim – this power gives the third-party the right to negotiate and endorse checks or hire an attorney or public adjuster on your behalf.

- The language requires that all claim proceeds be made payable to an entity or individual other than you or your mortgage company.

- The language prevents your insurance company from communicating directly with you about your claim.

You should also be aware of contracts or companies offering "free" services or offering to reduce or waive your policy deductible. Florida law prohibits contractors from paying, waiving, or rebating all or any part of an insurance deductible for repairs to property covered by an insurance policy.

## As a homeowner, how does an AOB impact me?

An AOB can be helpful with navigating the claims process, but if misused it can lead to harmful consequences.

Below are a few things to keep in mind:

- You are signing over the rights and benefits of your insurance policy to a third-party.

- Depending on the language in the AOB, the insurance company may only be permitted to communicate directly with the third-party and you may lose all rights to the insurance claim, including the right to mediate the claim, or to make any decisions regarding the claim, including repairs.

- Depending on the language in the AOB, the third-party may be able to endorse checks on your behalf.

- Once you have signed an AOB, the third-party may file suit against your insurance company.



Jimmy Patronis
CHIEF FINANCIAL OFFICER · STATE OF FLORIDA · FLORIDA ADVOCATE

www.MyFloridaCFO.com/Division/Consumers

## An Assignment of Benefits Must:

- The AOB must contain a written, itemized, per-unit cost estimate of the services to be performed by the third-party assignee and it must only relate to the work to be performed for services to protect, repair, restore, or replace a dwelling or structure or to mitigate against further damage to such property.

- The AOB must contain a notification in 18-point, uppercase, boldfaced font that advises you that you are giving up certain rights under your insurance policy to a third-party. The notification must also include the rescission terms.

- The AOB must contain a provision that requires the third-party assignee to indemnify and hold you harmless from all liabilities, damages, losses, and costs (including attorney fees) if the policy prohibits an AOB. The execution of the AOB constitutes a waiver by the third-party assignee and its subcontractors of claims against you for payment arising from the AOB. The third-party assignee and its subcontractors may not collect, or attempt to collect money from you, maintain any action of law against you, file a lien against your property or report you to a credit reporting agency.

The AOB prohibits the third-party assignee from seeking payment from you in any amount in excess of the applicable policy deductible unless you have agreed to have additional work performed at your own expense.

Florida law prohibits a third-party assignee from including the following charges/fees in an AOB:

- A penalty or fee for rescission of the AOB during the timeframes outlined in the AOB.

- A check or mortgage processing fee.

- A penalty or fee for cancellation of the AOB.

- An administrative fee.

If you are concerned with the language or terms of the contract, you should seek legal advice prior to signing the AOB. If you have questions as to whether the AOB incorporates the provisions required by Florida law, you may contact the Florida Department of Financial Services toll-free Insurance Consumer Helpline at **1-877-MY-FL-CFO (693-5236)**.

If the AOB complies with all requirements stipulated by law, once the AOB has been signed, if the third-party assignee will not agree to release you from the contract, the only recourse is to pursue resolution in a court of law.

## Is an Assignment of Benefits a Legal Contract? How can I get out of the contract?

Yes. An AOB is a legal contract and it must contain three specific cancellation provisions.

1. The AOB must provide you with an option to rescind the AOB contract within 14 days following its execution by submitting written notice to the third-party.

2. The AOB must provide you with the option to rescind the AOB at least 30 days following its execution if the AOB does not contain a commencement date, and the third-party has not begun substantial work on the property.

3. The AOB must provide you with the option to rescind the AOB if the third-party has not "substantially performed" at least 30 days following the scheduled commencement date.



CONSUMER PROTECTIONS

### Report Insurance Fraud

Florida Department of Financial Services
Division of Investigative and Forensic Services
Report Insurance Fraud
Phone: **1.800.378.0445**
**www.MyFloridaCFO.com/FraudFreeFlorida**

### Contractor License Verification

Florida Department of Business and Professional Regulation
License Verification Database
Phone: **850.487.1395**
**www.MyFloridaLicense.com**

### Workers' Compensation Verification

Florida Department of Financial Services
Division of Workers' Compensation
Proof of Coverage Database
Phone: **850.413.1609**
**www.MyFloridaCFO.com/Division/WC**

### Insurance Questions & Concerns

Florida Department of Financial Services
Division of Consumer Services

**INSURANCE CONSUMER HELPLINE**
**1-877-MY-FL-CFO (693-5236)**

JUNE 2019



**ELITE CLAIMS**
—— CONSULTANTS ——

<u>**VIA EMAIL (ONLY)**</u>

       RE:     Insurer's Duties Under Section 627.70131(5)(a), Fla. Stat.

To Whom It May Concern:

       The named insured of the policy has executed a legally-binding Assignment of Benefits, assigning to SFR Services all benefits, proceeds, and causes of action (collectively, "benefits") associated with the named insured's loss. Elite Claims Consultants has been appointed the public adjuster for the assignee, SFR Services LLC.

       As assignee of the benefits, and as required by section 627.70131(5)(a), Florida Statutes and the express terms of the policy, SFR hereby notifies you that as the insurer, you are required by law to promptly adjust this claim and determine coverage under the policy within **90 days** of the reporting of this claim. Further, SFR hereby requests and requires that you take prompt action consistent with that determination including, but not limited to, full and timely payment of the claim, partial payment of any undisputed amounts of the claim, and/or issuance of a denial letter identifying the full factual and legal basis for the denial of the claim.

       Additionally, under section 627.70131(1)(a), Florida Statutes, you have **14 calendar days** to review and acknowledge receipt of SFR's communication regarding its claim.

       Finally, under section 627.70131(3), Florida Statutes, you have **10 working days** after receipt of SFR's proof of loss statement to begin such investigation as is reasonably necessary.

       SFR endeavors to process claims efficiently and in compliance with the applicable law, and expects no less from insurance carriers. Accordingly, if for any reason you are unable to meet your statutory and contractual duties, or believe section 627.70131 does not apply to this claim, SFR requests that you provide SFR a full account, in writing, of the factors that prevent or excuse you from complying with this law so that SFR may determine their legitimacy and what actions, if any, SFR should undertake as a result thereof to ensure prompt and full payment of SFR's claim.

       Please continue to communicate directly with Elite Claims Consulting about this claim until further notice.

                   Sincerely,

                   **GORDON & THALWITZER**

                   Aaron Thalwitzer, Esq.

 **Elite Claims Consultants**

21301 S. Tamiami Trail Suite 320 #195
Estero, FL 33928

| | |
|---|---|
| Insured: | Paul Malonson |
| Property: | 5981 Hammock Isles Circle |
| | Naples , FL 34119 |
| Home: | 5981 Hammock Isles Circle |
| | Naples , FL 34119 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Kimberly Nicolalde | Business: | (239) 970-4094 |
| Business: | 21301 S Tamiami Trail Suite 320 #195 | E-mail: | knicolalde@eliteclaimsconsulting.com |
| | Estero, FL 33928 | | |

| | | | |
|---|---|---|---|
| Estimator: | Kimberly Nicolalde | Business: | (239) 970-4094 |
| Business: | 21301 S Tamiami Trail Suite 320 #195 | E-mail: | knicolalde@eliteclaimsconsulting.com |
| | Estero, FL 33928 | | |

**Claim Number:** 30178628288-0001    **Policy Number:** 364827.EV1168    **Type of Loss:** Hurricane

| | |
|---|---|
| Date of Loss: | 9/10/2017 12:00 AM |
| Date Inspected: | |

| | |
|---|---|
| Price List: | FLNA8X_APR20 |
| | Restoration/Service/Remodel |
| Estimate: | 364827_EV1168 |

**Please Note:**

All information herein regarding damages/repairs estimated for your property is exclusive property of Elite Claims Consultants, LLC and it's representatives/agents. This estimate is CONFIDENTIAL and provided under full disclosure only with the expressed or written consent of a representative of Elite Claims Consultants, LLC. Everything contained herein is subject to management/insurance approval. We greatly appreciate your business and look forward to serving your roofing and construction needs.

**Condition Disclaimer:** All damages reported for this loss are caused by Wind Storm and/or Hail. There is no consideration for the condition of the property before the loss that would impact the consideration for the incurred property damage. Deterioration, wear/tear, construction issues and any other item that would impact the condition of the injured property prior to the loss have been ruled out. Condition prior to loss will be considered as an application of depreciation to the determined amount of loss.



**Elite Claims Consultants**

21301 S. Tamiami Trail Suite 320 #195
Estero, FL 33928

364827_EV1168

Source - Eagle View

Exterior



### Dwelling Roof

| | | |
|---|---|---|
| 5226.86 Surface Area | | 52.27 Number of Squares |
| 386.37 Total Perimeter Length | | 87.76 Total Ridge Length |
| 266.98 Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Remove Tile roofing - Concrete - "S" or flat tile | 52.27 SQ | 178.11 | 0.00 | 1,861.96 | 11,171.77 | (0.00) | 11,171.77 |
| 2.  R&R Modified bitumen roof | 52.27 SQ | 415.00 | 302.30 | 4,398.86 | 26,393.21 | (13,522.69) | 12,870.52 |
| 3.  Mortar bed insert for tile roofing* | 52.27 SQ | 193.20 | 282.26 | 2,076.18 | 12,457.00 | (4,152.32) | 8,304.68 |
| Existing tiles were installed by adhesion to the modified bitumen underlayment allowing minimal penetrations to the waterproofing layer. | | | | | | | |
| 4.  Re-nailing of roof sheathing - complete re-nail | 5,226.86 SF | 0.28 | 6.27 | 293.96 | 1,763.75 | (137.19) | 1,626.56 |
| R908.7Wind mitigation. (a)Roof-decking attachment shall be as required by Section R908.7.1. | | | | | | | |
| 5.  Tile Loading Per SQ* | 60.11 EA | 120.00 | 0.00 | 1,442.64 | 8,655.84 | (0.00) | 8,655.84 |
| For boom truck loading of roofing tile on to roof deck. Tile roofing installation does not include labor for loading several tons of material onto a roof surface. This item accounts for the loading costs incurred during roof replacement. | | | | | | | |
| 6.  Tile roofing - Concrete - "S" or flat tile | 60.11 SQ | 616.22 | 591.48 | 7,526.50 | 45,158.96 | (10,537.08) | 34,621.88 |
| 7.  R&R Roof vent - off ridge type - 4' | 1.00 EA | 144.01 | 2.60 | 29.34 | 175.95 | (52.10) | 123.85 |
| 8.  R&R Flashing - pipe jack - lead | 2.00 EA | 81.08 | 4.51 | 33.32 | 199.99 | (60.82) | 139.17 |
| 9.  R&R Exhaust cap - through roof - 6" to 8" | 3.00 EA | 100.22 | 5.94 | 61.30 | 367.90 | (111.44) | 256.46 |
| 10.  Prime & paint roof vent | 6.00 EA | 30.81 | 2.56 | 37.50 | 224.92 | (174.93) | 49.99 |
| 11.  Hip & ridge nailer board for tile roofing - channel metal | 354.74 LF | 3.14 | 34.05 | 229.60 | 1,377.53 | (107.14) | 1,270.39 |
| 12.  R&R Ridge / Hip / Rake cap - tile roofing | 358.90 LF | 16.76 | 149.45 | 1,232.94 | 7,397.56 | (1,321.11) | 6,076.45 |
| 13.  Roofer - per hour | 17.94 HR | 155.12 | 0.00 | 556.58 | 3,339.43 | (0.00) | 3,339.43 |
| Weatherblocking is required for hip and ridge cap tiles.  Entails pointing and finishing both sides of all ridge tiles with mortar on a rooftop. | | | | | | | |
| 14.  R&R Drip edge/gutter apron | 386.37 LF | 3.04 | 19.94 | 238.88 | 1,433.39 | (423.72) | 1,009.67 |
| 15.  R&R Gutter / downspout - aluminum - 6" | 382.21 LF | 8.23 | 120.86 | 653.30 | 3,919.75 | (1,717.91) | 2,201.84 |
| 16.  Bird stop - Eave closure strip for tile roofing - metal | 382.21 LF | 3.81 | 36.00 | 298.44 | 1,790.66 | (417.82) | 1,372.84 |
| 17.  R&R Valley metal | 109.38 LF | 6.44 | 11.75 | 143.24 | 859.40 | (259.34) | 600.06 |
| 18.  Tile roofing - Hurricane clip & wind lock add-on | 382.21 LF | 3.89 | 12.38 | 299.84 | 1,799.02 | (419.77) | 1,379.25 |
| All starter tiles must be secured at both ends of the tile. FRSA/TRI Tile Installation Manual: Starter Tiles | | | | | | | |
| 19.  Step flashing | 48.00 LF | 10.50 | 3.89 | 101.58 | 609.47 | (203.16) | 406.31 |
| 20.  R&R Fascia - 1" x 6" - #3 cedar | 382.21 LF | 4.73 | 28.21 | 367.22 | 2,203.28 | (317.76) | 1,885.52 |



**Elite Claims Consultants**

21301 S. Tamiami Trail Suite 320 #195
Estero, FL 33928

**CONTINUED - Dwelling Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| The Florida Building Code (2017 – Sixth Edition, Section 706.3.1) prohibits the installation of a roof covering where the existing roof or roof covering is water-soaked or damaged. | | | | | | | |
| 21. Prime & paint exterior fascia - wood, 6"- 8" wide | 382.21 LF | 2.14 | 4.59 | 164.50 | 987.02 | (767.68) | 219.34 |
| 22. Stucco repair around doors, windows, etc - 2nd floor | 48.00 LF | 16.26 | 5.04 | 157.10 | 942.62 | (109.98) | 832.64 |
| Repair stucco at roof to wall intersections. | | | | | | | |
| 23. Seal & paint stucco | 96.00 SF | 1.27 | 1.56 | 24.70 | 148.18 | (115.25) | 32.93 |
| 24. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| Paid when incurred. | | | | | | | |
| **Totals: Dwelling Roof** | | | **1,625.64** | **22,529.48** | **135,176.60** | **34,929.21** | **100,247.39** |
| **Total: Exterior** | | | **1,625.64** | **22,529.48** | **135,176.60** | **34,929.21** | **100,247.39** |
| **Total: Source - Eagle View** | | | **1,625.64** | **22,529.48** | **135,176.60** | **34,929.21** | **100,247.39** |
| **Line Item Totals: 364827_EV1168** | | | **1,625.64** | **22,529.48** | **135,176.60** | **34,929.21** | **100,247.39** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 945.28 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 5,226.86 | Surface Area | 52.27 | Number of Squares | 386.37 | Total Perimeter Length |
| 87.76 | Total Ridge Length | 266.98 | Total Hip Length | | |



**Elite Claims Consultants**

21301 S. Tamiami Trail Suite 320 #195
Estero, FL 33928

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 111,021.48 |
| Material Sales Tax | 1,625.64 |
| | |
| Subtotal | 112,647.12 |
| Overhead | 11,264.74 |
| Profit | 11,264.74 |
| | |
| **Replacement Cost Value** | **$135,176.60** |
| Less Depreciation | (34,929.21) |
| | |
| **Actual Cash Value** | **$100,247.39** |
| **Net Claim** | **$100,247.39** |
| | |
| Total Recoverable Depreciation | 34,929.21 |
| | |
| **Net Claim if Depreciation is Recovered** | **$135,176.60** |

Kimberly Nicolalde

We provide lump sum estimates as market rate offers that guarantee a price on a given scope. Therefore, while Xactimate may be a useful tool to estimate what an ultimate breakdown of a cost-plus pricing model may look like, we do not use a cost-plus pricing model. We understand that others may use Xactimate cost-plus estimates to determine if our lump sum bid or contract is market rate. If requested, we may offer a computerized artificial bid calculator model in Xactimate format, or have a third party do so. This is provided solely for you to compare our lump sum bid to other market rate bids for quality contractors in the area. Xactimate estimates are not the same as getting bids from other quality contractors and Xactimate provides a cost-plus format. Xactimate does not include or account for the added costs or considerations of expenses incurred by a disaster recovery contractor or the guarantee of unit pricing present in our offer. Our company has not itemized various general and specific costs that our company has spent to date or will spend. We encourage you to source actual bids to compare our lump sum price at this time in this market. Any Xactimate format given to you does not account for or charge various costs and expenses such as travel or remote and emergency staging of personnel and materials, nor does it provide a guarantee of unit pricing or actual labor rates or time. The overhead and profit summary in Xactimate is for your overall calculation to compare other bidders, and may not reflect the actual amount of profit or loss overall to our company which is relevant to our cost to perform this job. We have provided a lump sum cost for the described scope for us to do the work as a quality contractor. Xactimate models are a cost-plus pricing format that does not match a lump sum pricing model. Xactimate's cost-plus estimate does not provide a guarantee of the actual pricing of unit costs or material and labor, and thus to translate the Xactimate estimate into a bid and binding obligation, either the customer and insurer need to take the risk of the actual pricing of unit costs, material, and labor, or this risk needs to be borne by a trusted contractor. We, as the contractor, have agreed to take the risk of the actual pricing of unit costs, materials, and labor in exchange for a lump sum bid and contract based upon a specified scope. Actual cost of subcontract work (including but not limited to actual pricing of unit costs, materials, and labor) may differ from this Xactimate estimate, which is a cost-plus analysis estimate and will unlikely reflect a lump sum contract. The actual overhead and profit realized may be higher or lower depending upon the actual market, but as this is a lump sum contract, we guarantee the final price on the specified scope. We do not add outside or



## Elite Claims Consultants

21301 S. Tamiami Trail Suite 320 #195
Estero, FL 33928

general expenses and do not charge or credit for costs or below market rates our company may have to compensate for unrecoverable expenses. This Xactimate estimate is not an offer by our company on individual line items. It is a bid and offer on only the lump sum price. The final cost and scope are offered as a lump sum only and is only to be considered for acceptance by you. If your company or our customer authorizes us to perform this job for a total lump sum of our estimate, we consider this a binding bilateral obligation and we take the risk to guarantee work and pricing on the scope provided considering overall expenses and overhead are not included or accounted for in this Xactimate estimate. Our lump sum price is only applicable for the scope set forth in this estimate, and if the scope of the repair or replacement requires us to increase the scope, we reserve the right to supplement.

Exterior

Page: 6

5/27/2020



F8(C)

F7(B)

F6

Dwelling Roof

F9(D)

R11 (3)

F3(A)

F4(D)

F2(B)

R20 (7)

R19 (8)

F20(A)

F21(B)

F22(C)

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the
requester. Do not
send to the IRS.

| 1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank. |
|---|

**2 Business name/disregarded entity name, if different from above**

**Elite Claims Consultants, LLC**

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☒ S Corporation    ☐ Partnership    ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶ _____

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**21301 S. Tamiami Trail Suite 320 #195**

**6** City, state, and ZIP code

**Estero, FL 33928**

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**or**

Employer identification number

| 8 | 3 | – | 2 | 6 | 7 | 7 | 2 | 5 | 4 |
|---|---|---|---|---|---|---|---|---|---|

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶ _____    Date ▶ 1/8/2020

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

SFR Services LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☒ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ __S__

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ____

Exemption from FATCA reporting code (if any) ____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

2336 SE Ocean Blvd #279

**6** City, state, and ZIP code

Stuart FL 34996

**7** List account number(s) here (optional)

Requester's name and address (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**or**

Employer identification number

9 0 – 0 3 2 5 3 4 7

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ *[signature]*   Date ▶ 3/31/19

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X     Form **W-9** (Rev. 10-2018)



Ron DeSantis, Governor

Halsey Beshears, Secretary

dbpr
Florida

# STATE OF FLORIDA
# DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

## CONSTRUCTION INDUSTRY LICENSING BOARD

THE GENERAL CONTRACTOR HEREIN IS CERTIFIED UNDER THE
PROVISIONS OF CHAPTER 489 FLORIDA STATUTES



JYNELLA, WILLIAM KIRK
SRI SERVICES, LLC
2336 SE OCEAN BLVD
279
STUART          FL 34996

LICENSE NUMBER: CGC1528824

EXPIRATION DATE: AUGUST 31, 2020

Always verify licenses online at MyFloridaLicense.com

Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.

